No. 11–10200.　HILL v. WHITE, WARDEN, ET AL., *ante*, p. 836;

No. 12–130.　LEMELLE v. ST. CHARLES GAMING CO., INC., *ante*, p. 1141;

No. 12–581.　ALLEN v. CLP CORP., DBA MCDONALD'S, *ante*, p. 1124;

No. 12–614.　MCLEAN ET AL. v. RAY ET AL., *ante*, p. 1144;

No. 12–628.　IN RE TABB, *ante*, p. 1142;

No. 12–6006.　SCOTT v. U. S. BANK N. A. ET AL., *ante*, p. 1092;

No. 12–6496.　HALL v. OREGON DEPARTMENT OF CORRECTIONS, *ante*, p. 1050;

No. 12–6635.　LEWIS v. BROWARD COUNTY SCHOOL BOARD ET AL., *ante*, p. 1094;

No. 12–6791.　MICHAU v. WARDEN ET AL., *ante*, p. 1097;

No. 12–6822.　MARSHALL v. RUDEK, WARDEN, *ante*, p. 1098;

No. 12–6850.　SANDERS v. TILTON, WARDEN, *ante*, p. 1098;

No. 12–6858.　TOWBRIDGE v. FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1099;

No. 12–6890.　LEWIS v. SHERIFF'S DEPARTMENT BOSSIER PARISH ET AL., *ante*, p. 1099;

No. 12–6966.　TAWADROUS v. DEPARTMENT OF THE TREASURY, *ante*, p. 1102;

No. 12–7000.　BARTHOLOMEW v. PASADENA TOURNAMENT OF ROSES ASSN., INC., ET AL., *ante*, p. 1103;

No. 12–7019.　EDWARDS v. SCUTT, WARDEN, *ante*, p. 1126;

No. 12–7054.　BOOTHER v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL., *ante*, p. 1127;

No. 12–7297.　KY TAN LE v. SOCIAL SECURITY ADMINISTRATION, *ante*, p. 1131;

No. 12–7303.　MALONE v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 1107;

No. 12–7308.　WIDI v. UNITED STATES, *ante*, p. 1108;

No. 12–7404.　FLEMING v. WOLFE, *ante*, p. 1110;

No. 12–7591.　ANGLINMATUMONA v. MICRON CORP., *ante*, p. 1133; and

No. 12–7827.　IN RE LICON, *ante*, p. 1121. Petitions for rehearing denied.

No. 12–6076.　HUGHES v. CHEVRON PHILLIPS CHEMICAL CO. LP ET AL., *ante*, p. 1114. Petition for rehearing denied. JUS-